## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TEAIRRA PURVIS, individually, on behalf of her minor child, J.A., and on behalf of all others similarly situated, and ARAMAH JOHNSON, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>AVEANNA HEALTHCARE, LLC,<br><br>            Defendant. | C.A. No. 1:20-cv-2277-LMM |

## **ORDER**

This matter comes before the Court on the parties' Joint Motion to Stay Case Management Deadlines and Notice of Agreement in Principle. For good cause shown, the Court GRANTS the Joint Motion. All current case management deadlines as set forth in ECF No. 60 are hereby stayed. Plaintiffs shall file their motion for preliminary approval of class action settlement no later than May 6, 2022.

SO ORDERED, this __11th__ day of _____April_____, 20__22__.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE