# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TEAIRRA PURVIS, individually, on behalf of her minor child, J.A., and on behalf of all others similarly situated, and ARAMAH JOHNSON, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>AVEANNA HEALTHCARE, LLC,<br><br>        Defendant. | C.A. No. 1:20-cv-2277-LMM |

## **ORDER**

This matter comes before the Court on the parties' Joint Motion for Extension of Time. For good cause shown, the Court GRANTS the Joint Motion. Plaintiffs shall file their motion for preliminary approval of class action settlement not later than May 13, 2022.

SO ORDERED, this __6th__ day of _____May_____, 2022.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE