IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEAIRRA PURVIS, individually, on behalf of her minor child, J.A., and on behalf of all others similarly situated, and ARAMAH JOHNSON, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>AVEANNA HEALTHCARE, LLC,<br><br>　　　　　Defendant. | C.A. No. 1:20-cv-2277-LMM |

## ORDER

This matter comes before the Court on the Plaintiff's Unopposed Motion for Extension of Page Limits. For good cause shown, the Court GRANTS the Unopposed Motion. Plaintiff is hereby permitted to file their Memorandum in Support of their Motion for Preliminary Approval of Class Action Settlement up to and including 35 pages.

SO ORDERED, this __6th__ day of _____May_____, 2022.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE