# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TEAIRRA PURVIS, individually, on behalf of her minor child, J.A., and on behalf of all others similarly situated, and ARAMAH JOHNSON, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AVEANNA HEALTHCARE, LLC,<br><br>　　　　　Defendant. | C.A. No. 1:20-cv-2277-LMM |

## NOTICE OF SUPPLEMENTAL MATERIALS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL (ECF 72)

Plaintiff Teairra Purvis, individually, on behalf of her minor child, J.A., and Aramah Johnson (jointly the "Plaintiffs") and on behalf of a putative class of persons similarly situated hereby provide notice to this Honorable Court of filing the following supplemental materials in support of Plaintiffs' Unopposed Motion for Preliminary Approval:

　　　Exhibit 1-A　-　　Revised Settlement Agreement

　　　Exhibit 1-B　-　　Revised Claim Form

Exhibit 1-C - Revised Proposed Order Certifying a Class for Settlement Purposes Only, Preliminarily Approving Class Action Settlement, and Directing Notice to the Class.

These documents are submitted in response to the Court's Minute Order regarding the Preliminary Approval Hearing (ECF 73). Redline versions of these Exhibits are being contemporaneously emailed to the courtroom deputy, pursuant to the direction of the Court in the Minute Order.

Dated: June 8, 2022

                                                                         s/David K. Lietz
David Lietz (admitted pro hac vice)
MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Ave. NW, Suite 440
Washington DC  20015
Phone: (847) 208-4585
Fax:  202-686-2877
dlietz@milberg.com

Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road
Suite 175
Norcross, GA 30093
Phone: (678) 395-7795
Fax: (866) 929-2434
shireen@norcrosslawfirm.com

*Attorney for Plaintiffs and the
Proposed Settlement Class*

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 5.1

The undersigned, an attorney, hereby certifies that on the date set forth below, a true and accurate copy of the foregoing, which has been prepared using 14-point Times New Roman font, was filed electronically with the Clerk of the United States District Court for the Northern District of Georgia. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF-registered parties. Parties may access this filing through the Court's CM/ECF system.

This 8th day of June, 2022.

*s/David K. Lietz*
David K. Lietz