# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TEAIRRA PURVIS, individually, and on behalf of her minor child, J.A., and ARAMAH JOHNSON, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AVEANNA HEALTHCARE, LLC,<br><br>Defendant. | Case No. 1:20-CV-02277 (LMM)<br><br>**MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

Pursuant to the Court's June 9, 2022 Order Granting Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") in the above-captioned class action, Plaintiffs Teairra Purvis, individually and on behalf of her minor child, J.A., and Aramah Johnson (collectively, "Representative Plaintiffs" or "Plaintiffs"), hereby move this Court to approve an award of combined attorneys' fees and expenses in the amount of $357,500.

In support of this Motion, Plaintiffs refer this Honorable Court to A) their Memorandum in Support, filed contemporaneously with this motion; B) the records, pleadings, and papers filed in this action, and; C) upon such other documentary and

oral evidence or argument as may be presented to the Court at or prior to the Final Approval Hearing currently scheduled for October 18, 2022.

Wherefore, premises considered, Plaintiffs request that this Court grant this motion and the relief sought herein as part of the Final Approval Order entered in this case.

Dated: August 23, 2022              Respectfully submitted,

/s/ David K. Lietz
David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20016
Phone: 866.252.0878
dlietz@milberg.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Shireen Hormozdi
**HORMOZDI LAW FIRM, LLC**
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Phone: (678) 395-7795 / Fax: (866) 929-2434
shireen@norcrosslawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing has been prepared in Times New Roman 14 point, one of the fonts and points approved by the Court in LR 5.1(C), with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

/s/ David K. Lietz

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, I caused a true a correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ David K. Lietz